IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, *et al.*, | ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | CIV-17-009-R |
| v. | ) ) | |
| EDWARD C. HUGLER, ACTING SECRETARY OF LABOR, in his official capacity, *et al.*, | ) ) ) ) | |
| DEFENDANTS. | ) | |

## ORDER GRANTING DEFENDANTS' MOTION TO STAY PROCEEDINGS FOR 60 DAYS

Before the Court is Defendants' Motion to Stay Proceedings for 60 Days, filed March 22, 2017. The Court **grants** the motion. All proceedings in the above-captioned matter are stayed for 60 days from the date of this Order.

In light of the 60-day stay, the deadlines in this case are hereby as follows:

1. Responses to the March 8, 2017 motion to intervene, *see* ECF No. 35, shall be due **May 28, 2017** (instead of the original deadline of March 29, 2017).

2. The Plaintiffs' and Government's joint proposed summary judgment briefing schedule shall be due **June 9, 2017** (instead of the original deadline of March 20, 2017).

3. Responses to the March 21, 2017 motion to intervene, *see* ECF No. 47, shall be due **June 12, 2017** (instead of the original deadline of April 11, 2017).

**Order – Page 1**

…
Case 5:17-cv-00009-R   Document 60   Filed 04/05/17   Page 2 of 2

**It is so ordered** this 5th day of April, 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

**Order – Page 2**