IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>R. ALEXANDER ACOSTA, SECRETARY OF LABOR, his official capacity, *et al.*,<br><br>    *Defendants*. | CIV-17-009-R |

**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS**

Before the Court is Defendants' Unopposed Motion to Stay Proceedings, filed July 10, 2017.  The Court **grants** the motion.

All proceedings in the above-captioned matter are hereby stayed.  Defendants are ordered to submit a status report every 90 days, until further order of this Court, updating the Court as to the Occupational Safety and Health Administration's progress with respect to the proposed rulemaking described in Defendants' motion.

**It is so ordered** this 11th day of July, 2017.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

Order – Page 1