# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; OKLAHOMA STATE HOME BUILDERS ASSOCIATION; STATE CHAMBER OF OKLAHOMA; NATIONAL CHICKEN COUNCIL; NATIONAL TURKEY FEDERATION; and U.S. POULTRY & EGG ASSOCIATION,**<br><br>*Plaintiffs,*<br><br>vs.<br><br>**R. ALEXANDER ACOSTA, SECRETARY OF LABOR, in his official capacity;**<br><br>**LOREN E. SWEATT, DEPUTY ASSISTANT SECRETARY OF LABOR FOR OCCUPATIONAL SAFETY AND HEALTH, in her official capacity;**<br><br>**OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION; and**<br><br>**UNITED STATES DEPARTMENT OF LABOR,**<br><br>*Defendants.* | NO. CIV-17-0009-PRW |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs National Association of Home Builders of the United States, Chamber of Commerce of the United States of America, Oklahoma State Home Builders Association, State Chamber of Oklahoma, National Chicken Council, National Turkey Federation, and U.S. Poultry & Egg Association ("Plaintiffs"), by and through their undersigned counsel, moves the Court for Summary Judgment in the above-captioned matter, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Plaintiffs respectfully submit that such relief is warranted for the reasons set forth in the accompanying Memorandum In Support of Motion for Summary Judgment.

Dated: May 17, 2019

Respectfully submitted,

*/s/ Nathan L. Whatley*

Nathan L. Whatley, OBA #14601 (Local Counsel)
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405.235.9621 / 405.235.0439 (Fax)
Nathan.Whatley@mcafeetaft.com

JACKSON LEWIS, P.C.
*/s/ Tressi L. Cordaro*
Tressi L. Cordaro (*Pro Hac*)
10701 Parkridge Boulevard, Suite 300
Reston, VA 20191
703.483.8300 / 703.483.8301 (Fax)

LITTLER MENDELSON, P.C.
*/s/ Bradford T. Hammock*
Bradford Hammock (*Pro Hac*)
1650 Tysons Blvd., Suite 700
Tysons Corner, VA  22102
703.442.8425 / 703.442.8428 (Fax)

*Attorneys for Plaintiffs*

*Of Counsel:*

David Jaffe, Esq. (*Pro Hac*)
Felicia Watson, Esq. (*Pro Hac*)
National Association of Home Builders of
the United States
1201 15th Street, NW
Washington, DC 20005
202.266.8200

*Attorneys for Plaintiff National Association
of Home Builders of the United States*

Steven P. Lehotsky, Esq. (*Pro Hac*)
U.S. Chamber Litigation Center
1615 H Street NW
Washington, DC 20062
202.463.5337

*Attorneys for Plaintiff Chamber of
Commerce of the United States of America*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 17, 2019, a true, correct, and exact copy of the foregoing document was served via electronic notice by the CM/ECF filing system to all parties on their list of parties to be served in effect this date.

                                             */s/ Bradford T. Hammock*
                                             Bradford Hammock (*Pro Hac*)