IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NATIONAL ASSOCIATION OF HOME BUILDERS OF THE UNITED STATES, *et al.*,<br><br>            *Plaintiffs*,<br><br>    v.<br><br>R. ALEXANDER ACOSTA, SECRETARY OF LABOR, in his official capacity, *et al.*,<br><br>            *Defendants*. | CIV-17-009-PRW |

## DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

Defendants hereby move to dismiss the amended complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(h)(3), and move for summary judgment, pursuant to Federal Rule of Civil Procedure 56(a). Attached in support of Defendants' motion are a memorandum of points and authorities, an index of exhibits from the administrative record, and the exhibits themselves.

Dated: June 24, 2019

                                                Respectfully Submitted,

                                                JOSEPH H. HUNT
                                                Assistant Attorney General

                                                BRAD P. ROSENBERG
                                                Assistant Director, Federal Programs Branch

                                                */s/ Michael H. Baer*
                                                MICHAEL H. BAER
                                                Trial Attorney (NY Bar No. 5384300)

- 2 -

        U.S. Department of Justice,
        Civil Division, Federal Programs Branch
        1100 L St. NW
        Washington, DC 20005
        Telephone:   (202) 305-8573
        Facsimile:    (202) 616-8460
        E-mail:       Michael.H.Baer@usdoj.gov

*Counsel for Defendants*